UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
OSLYN BRUCE,

       Petitioner,                                       <u>ORDER</u>

       v.                                           04-CV-3453 (NGG)

UNITED STATES OF AMERICA,

       Respondent.
-------------------------------------------------------X
GARAUFIS, United States District Judge.

       The court issued an Order on March 3, 2005 directing the Respondent to file its return to the Petitioner's motion to vacate her sentence within fifteen (15) days. The Respondent filed the return on March 18, although it apparently mailed a copy to the Petitioner at the wrong address. Thus, on April 6, the court received a motion from the Petitioner requesting that the charges against her be dismissed and that she be released because she believed that the government had not yet responded.

       The court hereby denies the Petitioner's motion for dismissal of the charges and for her release and provides her with a copy of the Respondent's return. Further, the Petitioner is hereby granted thirty (30) days from the date of this Order to file a reply to the Respondent's return, if any.

SO ORDERED.

Dated: April 18, 2005                                /s/ Nicholas Garaufis
       Brooklyn, New York                      NICHOLAS G. GARAUFIS
                                                   United States District Judge